UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'MARCO CRAFT AND
MICHAELE JACKSON,

Plaintiffs,

v.

RICHARD BILLINGSLEA ET AL.,
Defendants.
_____/

Case No. 17-cv-12752

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MONA K. MAJZOUB

## ORDER RESCINDING ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE [55] AND DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES [54]

On December 21, 2017, the Wayne County Prosecutor's Office criminally charged Defendant Richard Billingslea for actions alleged in this case.[1] The Court, therefore, stayed this case on March 21, 2018. Dkt. No. 57.

On March 20, 2018, one day before the Court stayed the case, Plaintiffs moved to compel supplemental discovery responses and the Court referred this motion to United States Magistrate Judge Mona K. Majzoub. *See* Dkt. Nos. 54, 55.

The Court will RESCIND the Order of Reference to United States Magistrate Judge Majzoub [55]. And, as the case is stayed, the Court will DENY Plaintiffs'

---

[1] *See* Allie Gross, *Two Detroit Police Officers Arraigned in Excessive Force Cases*, DETROIT FREE PRESS, Dec. 21, 2017, *available at* https://www.freep.com/story/news/local/michigan/detroit/2017/12/21/detroit-police-excessive-force/973551001/

Motion to Compel Supplemental Discovery Responses WITHOUT PREJUDICE [54].

IT IS SO ORDERED.

Dated: May 21, 2018 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 21, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk