UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'MARCO CRAFT, ET AL.,

    Plaintiffs,

v.

RICHARD BILLINGSLEA,

    Defendant.

_____/

Case No. 17-cv-12752

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## JUDGMENT

The above-entitled matter having come before the Court, and in accordance with the Verdict Form [#284], entered on June 3, 2022;

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in in favor of the Plaintiffs D'Marco Craft and Michaele Jackson and against Defendant Richard Billingslea.

Judgment is hereby entered against Defendant Richard Billingslea and in favor of Plaintiff Michaele Jackson, inclusive of compensatory damages, punitive damages, and judgment interest, in the total amount of $1,937,744.18, as follows:

- As to Count 1 of Plaintiffs' Third Amended Complaint ("TAC") [#72], $200,000.00 in compensatory damages and $1,500,000.00 in punitive damages; and

- Judgment interest in the amount of $237,744.18.

Judgment is hereby entered against Defendant Richard Billingslea and in favor of Plaintiff D'Marco Craft, inclusive of compensatory damages, punitive damages, and judgment interest, in the total amount of $572,991.79, as follows:

- As to Count 3 of Plaintiffs' TAC compensatory damages in the amount of $20,000.00 and punitive damages in the amount of $130,000.00;

- As to Count 6 of Plaintiffs' TAC compensatory damages in the amount of $20,000.00 and punitive damages in the amount of $230,000.00;

- As to Count 12 of Plaintiffs' TAC compensatory damages in the amount of $20,000.00 and punitive damages in the amount of $80,000.00;

- As to Counts 3 and 6 of Plaintiffs' TAC stemming from the May 31, 2017, incident, $55,767.15 in judgment interest; and as to Count 12 of Plaintiffs' TAC stemming from the April 27, 2016, incident, $17,224.64 in judgment interest.

**IT IS SO ORDERED.**

Dated:  June 30, 2022             /s/ Gershwin A. Drain
                                  GERSHWIN A. DRAIN
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 30, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager