# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

D'MARCO CRAFT
And MICHAELE JACKSON,                    Case No: 17-cv-12752
     Plaintiff,                          Hon. Judge Gershwin A. Drain
v.

RICHARD BILLINGSLEA,
     Defendant.

_____/

## ORDER FOR ATTORNEY FEES FOR ALL PLAINTIFFS

**THE COURT HEREBY ORDERS** that:

- Plaintiffs D'Marco Craft and Michaele Jackson are prevailing parties; and

- Excolo Law PLLC, Johnson Law PLC, and Radner Law Group PLLC are entitled to attorney fees and costs;

- The reasonable hourly rate for Ven R. Johnson is $1000.00/hour; and

- The reasonable hourly rate for Ayanna Hatchett is $500.00/hour; and

- The reasonable hourly rate for Solomon Radner is $450.00/hour; and

- The reasonable hourly rate for Madeline Sinkovich is $350.00/hour; and

- The reasonable hourly rate for Katie Moore is $150.00/hour

**IT IS FURTHER ORDERED** that:

- Excolo Law PLLC is awarded a total of $107,648.86; and

- Johnson  Law PLC is awarded a total of $27,054.03; and

- Radner Law Group PLLC is awarded a total of $14,760.00.


s/Gershwin A. Drain_____
Hon. Gershwin A. Drain

DATED: July 29, 2022